**Motion Granted and Order filed December 18, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00896-CV
_____

**CITY OF HOUSTON ET AL., Appellants**

**V.**

**HOUSTON MUNICIPAL EMPLOYEE PENSION SYSTEM, Appellee**

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2015-35252**

## ORDER

This appeal is related to a previous appeal in this court, *City of Houston v. Houston Municipal Employee Pension Sys.*, No. 14-15-00865-CV. The parties have filed a joint motion to transfer the record in the previous appeal to the current appeal. A court of appeals has the power to take judicial notice of its own files in the same or related proceedings. *Turner v. State*, 733 S.W.2d 218, 223 (Tex. Crim. App. 1987). Accordingly, we **GRANT** the parties' joint motion and **ORDER** the clerk of this court to transfer the clerk's record in 14-15-00865-CV into this case.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jewell